SUZANNE L. DECKER
TRUSTEE IN BANKRUPTCY
151 CALLAN AVENUE #305
SAN LEANDRO, CA 94577
(510) 483-4303
(510) 483-4622 Fax

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: ) Case No. 01-54741 MM
)
ULTRASERV, INC. ) **OBJECTION TO CLAIM NO. 44**
)
Debtor )
)

    Suzanne L. Decker, Trustee herein, objects to Claim No. 44 filed by Continental Building Maintenance on the grounds that it is not entitled to a priority status. A Copy of said Claim is attached hereto.

    Trustee will ask the Court to allow Claim No. 44 as a general, unsecured claim in the amount of $1,070.29.

Dated: January 18, 2006        /s/ Suzanne L. Decker

                                          SanJose301Decker