SUZANNE L. DECKER, Trustee
151 CALLAN AVENUE, SUITE 305
SAN LEANDRO, CA 94577
Telephone: (510) 483-4334

**FILED**

JUL 1 1 2006

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:
INC. ULTRASERV

Debtor(s)

Case No. 01-54741-MM

Chapter 7

NOTICE OF UNCLAIMED
DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $10,111.50. The name and address of the claimant entitled to the unclaimed dividends are as follows:

| Claim# | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 6 | E and O Construction, 716 San Antonio Rd., Palo Alto, Ca. 94303 | $6,450.00 | $ 1,292.35 |
| 24 | Alternative Technology, 7800 E Iliff Ave., Denver, Co. 80231 | 214,126.68 | 42,903.35 |
| 30 | Alltel Communications Products, 1702 Duane Ave., Santa Clara, Ca. 95050 | 20,879.79 | 4,183.56 |
| 34 | Peioneer Standard Electronics, 4800 E. 131 st., Cleveland, Ohio 44105 | 87,839.24 | 17,599.84 |
| 37 | Metrocall, 5990 Stoneridge Dr., Pleasanton, Ca. 94588 | 4,525.13 | 906.67 |
| 38 | Royal Alarm Systems, 2535 W. Winton Ave., #F, Hayward, Ca. 94545 | 247.47 | 49.58 |
| 61 | EB2X, 2356 Walsh Ave., Santa Clara, Ca. 95051 | 4,017.40 | 804.94 |

$67,740.29

Dated: 7/6/06

_(signature)_
Suzanne L. Decker, Trustee